United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PILGRAM,

        Plaintiff,

    v.

FACEBOOK, INC., *et al.*,

        Defendants.
_____/

No. C-12-3197 EMC

**ORDER TO SHOW CAUSE**

    On June 25, 2012, Court staff received communication purporting to be from the named Plaintiff in this action, Matthew Pilgram. *See* Appendix A (attached).[1] Mr. Pilgram's email states that he has not authorized counsel to file any suit on his behalf.

    Plaintiff's counsel is hereby ordered to show cause why this case should not be dismissed as improperly filed. Counsel's response shall be filed no later than Tuesday, July 3, 2012.

    IT IS SO ORDERED.

Dated: June 26, 2012

_____
EDWARD M. CHEN
United States District Judge

---

[1] The email attached as Appendix A has been formatted for inclusion with this Order, but no content has been altered.